ACCEPTED
03-15-00318-CR
6969454
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 11:23:58 AM
JEFFREY D. KYLE
CLERK

CAUSE NUMBER 03—15—00318—CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 11:23:58 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| JAMAAL BRADLEY | X | IN THE COURT OF APPEALS |
| | X | |
| V. | X | THIRD COURT OF APPEALS |
| | X | |
| STATE OF TEXAS | X | STATE OF TEXAS |

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered cause, and moves this Court, to grant the Appellant's Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

I.

Appellant's Brief was due before this Court on September 7, 2015. No previous Motions to Extend Time have been sought.

II.

The undersigned counsel needs additional time to examine the record and complete the research necessary to complete the Appellant's Brief. At this juncture, counsel has made a full review of the record on appeal and has

identified all potential issues therein. However, counsel requires more time to draft the brief and research said issues. Counsel would hereby respectfully request the deadline be extended to November 1, 2015. In the meantime, counsel will endeavor to complete and file the Appellant's Brief at the earliest opportunity.

III.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court, upon good cause shown, grant the Appellant's Motion to Extend Time for Filing Appellant's Brief.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas 78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
PAUL M. EVANS
SBN 24038885
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by facsimile unto the office of the prosecuting attorney for the State of Texas—the Travis County District Attorney, mailing address P.O. Box 1748, Austin, TX, 78767, physical address 509 W. 11th Street, Austin, TX, 78701—on this the 17th day of September, 2015.

_/s/ Paul M. Evans_____
PAUL M. EVANS

## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 365 words, all contents included.

_/s/ Paul M. Evans_____
PAUL M. EVANS